NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-159


TAURUS C. BROWN, ET UX.

VERSUS

ZURICH AMERICAN INS. CO., ET AL.


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 210,775
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


JOHN D. SAUNDERS
JUDGE


**\*\*\*\*\*\*\*\*\*\***


Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

**AFFIRMED.**

James A. Bolen  Jr.
Bolen, Parker, & Brenner, LTD
P. O. Box 11590
Alexandria, LA 71315-1590
(318) 445-8236
Counsel for Defendant/Appellee:
Zurich American Ins. Co.
Diamond B. Construction Company

**Howard N. Nugent  Jr. Esq**
**Nugent Law Firm**
**P. O. Box 1309**
**Alexandria, LA 71309-1309**
**(318) 445-3696**
**Counsel for Plaintiff/Appellant:**
**Taurus C. Brown**
**Angie Morris**